1 | **KAZEROUNI LAW GROUP, APC**
2 | Abbas Kazerounian, Esq. (SBN: 249203)
  | ak@kazlg.com
3 | Pamela E. Prescott, Esq. (SBN: 328243)
  | pamela@kazlg.com
4 | 245 Fischer Avenue, Suite D1
5 | Costa Mesa, California 92626
  | Telephone: (800) 400-6808
6 | Facsimile: (800) 520-5523
7 |
8 | **KAZEROUNI LAW GROUP, APC**
  | Jason A. Ibey, Esq (SBN: 284607)
9 | jason@kazlg.com
10 | 321 N Mall Drive, Suite R108
  | St. George, Utah 84790
11 | Telephone: (800) 400-6808
  | Facsimile: (800) 520-5523
12 |
13 | *Attorneys for Plaintiffs,*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDRA HOEVELKAMP, KELLY HOEVELKAMP, and TIMOTHY HOEVELKAMP, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.,**<br><br>Defendant. | **Case No.:** 8:22-cv-00744-DOC-KES<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Judge**: Hon. David O. Carter |

**TO THE COURT AND COUNSEL OF RECORD FOR THE PARTIES:**

PLEASE TAKE NOTICE that the parties have reached a settlement of this matter on an individual basis only.

In light of settlement in principle, Plaintiffs respectfully request that the Court vacate the July 25, 2022 hearing and case management conference and afford the parties through September 2, 2022 to file finalize their settlement agreement and file a joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  July 21, 2022                                   Respectfully Submitted,

                                                        **KAZEROUNI LAW GROUP, APC**

                                                        By:  */s/ Jason A. Ibey, Esq.*
                                                                Jason A. Ibey, Esq.
                                                                *Attorneys for Plaintiffs*