**UNITED STATES DISTRICT COURT**  
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

**CIVIL MINUTES – GENERAL**

Case No: SA CV 22-00744-DOC-(KESx)　　　　　　　　Date: July 21, 2022

Title:　Alexandra Hoevelkamp et al v. JPMorgan Chase Bank, N.A.

PRESENT:　THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE**

　　The Court, having been notified by the Plaintiffs that this action has been settled [19], hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** proceedings in the case VACATED and taken off calendar. The Court retains jurisdiction for 45 days to vacate this order and reopen the action upon showing of good cause that the settlement has not been consummated.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11  
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu