UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA HOEVELKAMP, KELLY HOEVELKAMP, and TIMOTHY HOEVELKAMP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.: 8:22-cv-00744-DOC-KES<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(A)(I)(A)(II) [23] |

Good causing appearing, the stipulated request of Plaintiffs ALEXANDRA HOEVELKAMP, KELLY HOEVELKAMP, and TIMOTHY HOEVELKAMP ("Plaintiffs") and Defendant JPMORGAN CHASE BANK, N.A. ("JPMorgan Chase Bank"), for dismissal of Plaintiff's individual claims against JPMorgan Chase Bank with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) is hereby GRANTED.

Further, Plaintiffs and JPMorgan Chase Bank shall bear their/its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 27, 2022

_____
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE